UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAAC JEROME CHOYCE,

        Plaintiff,

  vs.

CMO KAREN SAYLOR, M.D., et al.,

        Defendants.

No. C 07-2394 PJH (PR)

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS JACKSON AND WANDA AND CLOSING CASE**

        This is a pro se section 1983 civil rights action filed by a prisoner at San Quentin. The motion to dismiss of defendant Jackson and the motion for summary judgment of defendants Saylor, A. H. Williams, Dr. F. Alvarez, Dr. Banks, B. Thompson, D. Stubbs, Berk, Jacobs, Guthrie, T. D. Knox, and A. Rajamachvili were granted in an order entered on May 20, 2008. Plaintiff was granted leave to file an amended complaint against Jackson within thirty days. The court also noted that defendant RN Wanda" had not been served, and ordered plaintiff to provide more information within thirty days to allow her to be served. Plaintiff has not amended, nor has he provided the information about defendant Wanda.

        The claim against Jackson is **DISMISSED** with prejudice. The claim against defendant Wanda is **DISMISSED** without prejudice for failure to obtain service. The clerk shall close the file.

        **IT IS SO ORDERED.**

Dated: August 5, 2008.

                                        PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\CR.07\CHOYCE394.DSM.wpd